FROILAN MIRANDA et al., Respondents, *v.* THE GREENWICH
INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.

(Argued March 23, 1888; decided April 10, 1888.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made March 26, 1886, which affirmed a judgment in favor of
plaintiffs, entered upon a verdict and an order denying a
motion for a new trial.

*Osborn E. Bright* for appellant.

*Henry Thompson* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.